**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Smith, Malinda Louise | CHAPTER 13
       Debtor(s)

BKY. NO. 13-11462 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of DLJ Mortgage Capital, Inc., as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 4763

                              Respectfully submitted,

                              **/s/Brian C. Nicholas, Esquire**
                              Brian C. Nicholas, Esquire
                              Thomas Puleo, Esquire
                              KML Law Group, P.C.
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106-1532
                              (215) 825-6306  FAX (215) 825-6406