United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 13-11462-mdc
Malinda Louise Smith                                                      Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR          Page 1 of 1          Date Rcvd: Apr 20, 2017
                             Form ID: 212           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 22, 2017.
db              +Malinda Louise Smith,     221 Green Street,    Malvern, PA 19355-2721

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2017                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 20, 2017 at the address(es) listed below:
          ALEXANDRA T. GARCIA    on behalf of Creditor    Household Finance Consumer Discount Company
           ecfmail@mwc-law.com
          ANN E. SWARTZ    on behalf of Creditor    Household Finance Consumer Discount Company
           ecfmail@mwc-law.com,  ecfmail@mwc-law.com
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    DLJ Mortgage Capital, Inc.
           bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
          CELINE P. DERKRIKORIAN    on behalf of Creditor    Household Finance Consumer Discount Company
           ecfmail@mwc-law.com
          CELINE P. DERKRIKORIAN    on behalf of Creditor    HOUSEHOLD FINANCE CONSUMER DISCOUNT COMPANY
           ecfmail@mwc-law.com
          DAVID NEEREN    on behalf of Creditor    Household Realty Corporation dneeren@udren.com,
           vbarber@udren.com
          HILARY B. BONIAL    on behalf of Creditor    HSBC Finance Corporation
           hbonial@nbsdefaultservices.com,  notice@bkcylaw.com
          KEVIN T MCQUAIL    on behalf of Creditor    Household Finance Consumer Discount Company
           ecfmail@mwc-law.com
          ROBERT CAPTAIN LEITE-YOUNG    on behalf of Debtor Malinda Louise Smith rleite@rlmfirm.com,
           Bankruptcyhelp101@gmail.com
          STOKES E. MOTT, Jr.    on behalf of Debtor Malinda Louise Smith stokesmott@yahoo.com,
           s_mottlaw@comcast.net
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
           philaecf@gmail.com
                                                                              TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re:                                                                                    Chapter: 13

     Malinda Louise Smith

Debtor(s)                                                                            Case No: 13−11462−mdc

---

### *ORDER*

     AND NOW, 4/20/17 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, <u>see</u> 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, <u>see</u> 11 U.S.C. § 109(h)(4),

     Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), <u>see</u> 11 U.S.C. §1328(a),

     And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

     Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

     ☐ A statement regarding completion of an instructional course concerning personal financial management, (Official Form 23) or a request for a waiver from such requirement.

     ☑ A certification regarding domestic support obligations and Section 522(q), (Bankruptcy Form 283);

     If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

For The Court

Magdeline D. Coleman

Judge ,United States Bankruptcy Court