United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Malinda Louise Smith
    Debtor

Case No. 13-11462-mdc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: May 23, 2017
                              Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2017.
13786662        +Household Finance Consumer Discount Company,   c/o HSBC Mortgage Services, Inc.,
                  P.O. Box 21188,   Eagan, Minnesota 55121-0188

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2017 at the address(es) listed below:
              ALEXANDRA T. GARCIA    on behalf of Creditor    Household Finance Consumer Discount Company
                ecfmail@mwc-law.com
              ANN E. SWARTZ    on behalf of Creditor    Household Finance Consumer Discount Company
                ecfmail@mwc-law.com, ecfmail@mwc-law.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    DLJ Mortgage Capital, Inc.
                bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Household Finance Consumer Discount Company
                ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    HOUSEHOLD FINANCE CONSUMER DISCOUNT COMPANY
                ecfmail@mwc-law.com
              DAVID   NEEREN    on behalf of Creditor    Household Realty Corporation dneeren@udren.com,
                vbarber@udren.com
              HILARY B. BONIAL    on behalf of Creditor    HSBC Finance Corporation
                hbonial@nbsdefaultservices.com, notice@bkcylaw.com
              KEVIN T MCQUAIL    on behalf of Creditor    Household Finance Consumer Discount Company
                ecfmail@mwc-law.com
              ROBERT CAPTAIN LEITE-YOUNG    on behalf of Debtor Malinda Louise Smith rleite@rlmfirm.com,
                Bankruptcyhelp101@gmail.com
              STOKES E. MOTT, Jr.    on behalf of Debtor Malinda Louise Smith stokesmott@yahoo.com,
                s_mottlaw@comcast.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
                philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 13

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 13-11462-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Malinda Louise Smith
221 Green Street
Malvern PA 19355

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/18/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 2: Household Finance Consumer Discount Company, c/o HSBC Mortgage Services, Inc., P.O. Box 21188, Eagan, Minnesota 55121 | U.S. Bank National Association, as inde Serviced by Select Portfolio Servicing, 3217 S. Decker Lake Dr. Salt Lake City, UT 84115 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    05/25/17

Tim McGrath
**CLERK OF THE COURT**