United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Malinda Louise Smith  
    Debtor

Case No. 13-11462-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: DonnaR      Page 1 of 1      Date Rcvd: Jun 15, 2017  
                       Form ID: 195      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2017.
```
db             +Malinda Louise Smith,    221 Green Street,    Malvern, PA 19355-2721
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2017 at the address(es) listed below:
```
          ALEXANDRA T. GARCIA    on behalf of Creditor    Household Finance Consumer Discount Company
           ecfmail@mwc-law.com
          ANN E. SWARTZ    on behalf of Creditor    Household Finance Consumer Discount Company
           ecfmail@mwc-law.com, ecfmail@mwc-law.com
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    DLJ Mortgage Capital, Inc.
           bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
          CELINE P. DERKRIKORIAN    on behalf of Creditor    Household Finance Consumer Discount Company
           ecfmail@mwc-law.com
          CELINE P. DERKRIKORIAN    on behalf of Creditor    HOUSEHOLD FINANCE CONSUMER DISCOUNT COMPANY
           ecfmail@mwc-law.com
          DAVID  NEEREN    on behalf of Creditor    Household Realty Corporation dneeren@udren.com,
           vbarber@udren.com
          HILARY B. BONIAL    on behalf of Creditor    HSBC Finance Corporation
           hbonial@nbsdefaultservices.com, notice@bkcylaw.com
          KEVIN T MCQUAIL    on behalf of Creditor    Household Finance Consumer Discount Company
           ecfmail@mwc-law.com
          ROBERT CAPTAIN LEITE-YOUNG    on behalf of Debtor Malinda Louise Smith rleite@rlmfirm.com,
           Bankruptcyhelp101@gmail.com
          STOKES E. MOTT, Jr.    on behalf of Debtor Malinda Louise Smith stokesmott@yahoo.com,
           s_mottlaw@comcast.net
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 13
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Malinda Louise Smith : Case No. 13–11462–mdc
      Debtor(s)

### *ORDER*
_____

AND NOW, this day , June 15, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Judge , United States Bankruptcy Court

120
Form 195